UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AITS SEPTIC SERVICE, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AITS SEPTIC REPAIR SERVICE, LLC, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:17-cv-00639 (AJT/JFA) |

### FINAL ORDER DISMISSING CASE

THIS CAUSE came before the Court on the Plaintiff's Motion for an Order of Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and accepting Plaintiff's representation that the parties have entered into a Settlement Agreement, it is hereby

ORDERED AND ADJUDGED that:

1. The above-styled cause be and the same is hereby DISMISSED with prejudice;

2. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED or moot and the case is closed.

3. The Court shall retain jurisdiction in this matter in order to enforce the terms of the Parties' Settlement Agreement.

DONE AND ORDERED this 21 day of December, 2017.

Anthony J. Trenga
UNITED STATES DISTRICT JUDGE